PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Sa-An Anthony Kubeyinje**

**Docket No. 0:02CR00157-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Sa-An Anthony Kubeyinje** who was sentenced for Conspiracy to Distribute and Possess with the Intent to Distribute in Excess of 5 Kilograms of Cocaine on December 6, 2002, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug treatment and drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 27, 2008, Mr. Kubeyinje was provided written authorization to travel to Los Angeles, California, to visit his son from May 29 to June 1, 2008. On June 1, 2008, the U.S. Customs Service Inspection and Control-Otay Mesa, California, ran a record check on Mr. Kubeyinje. The undersigned officer contacted Mr. Kubeyinje, who admitted he had crossed into Rosarito, Mexico, with a girlfriend and other acquaintances for part of the day. Mr. Kubeyinje did not have the Court's authorization to leave the United States. Additionally, this officer specifically instructed Mr. Kubeyinje to remain in the United States citing the lack of the Court's authorization to do otherwise.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

SCANNED
JUN 13 2008
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 12th day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
Senior U.S. Probation Officer
Telephone: 612-664-5426

Executed on June 12, 2008
Place Minneapolis

Approved:

For: John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission