Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Sa-An Anthony Kubeyinje

Docket No. 0:02CR00157-001

## HEARING WAIVER

I, Sa-An Anthony Kubeyinje, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: Sa-An Kubeyinje

Sa-An Anthony Kubeyinje

Witness:

Dated: 6-11-08

SCANNED
JUN 13 2008
U.S. DISTRICT COURT ST. PAUL